IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| RHONDA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | : | CIVIL ACTION NO.<br>3:26-cv-00160-LMM |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [6]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [6], as its opinion: this action is **DISMISSED WITHOUT PREJUDICE** because Plaintiff's pleadings do not state a plausible claim for relief and because Plaintiff failed to comply with a lawful Order of the Court. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED**, this 22nd day of October, 2026.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE